# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD F. ST. JOHN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV306 |
| | ) | |
| V. | ) | |
| | ) | |
| MD E. JEFFREY DONNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Complaint in this case was filed on October 2, 2013. (Filing 1.) To date, no summons has been requested or issued.

Accordingly,

**IT IS ORDERED** that by or before February 21, 2014, Plaintiff shall show cause, by affidavit, why this action should not be dismissed. Failure to comply with this Order may result in a recommendation that this case be dismissed without further notice.

**DATED February 6, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**