# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD F. ST. JOHN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV306 |
| | ) | |
| V. | ) | |
| | ) | |
| MD E. JEFFREY DONNER, | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| Defendant. | ) | |
| | ) | |

The Complaint in this case was filed on October 2, 2013.  (Filing 1.)  To date, no summons has been requested or issued.  On February 6, 2014, the undersigned entered an order giving Plaintiff until February 21, 2014 to show cause, by affidavit, why this action should not be dismissed.  (Filing 4.)  Plaintiff has not complied with the order and no other activity has occurred in this action since that time.

Accordingly,

**IT IS HEREBY RECOMMENDED** to the Honorable Laurie Smith Camp, Chief United States District Judge, that this action be dismissed.

**DATED February 25, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**