IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD F. ST. JOHN, | ) | 8:13CV306 |
| | ) | |
| Plaintiff, | ) | **NOTICE** |
| | ) | **OF** |
| v. | ) | **DISMISSAL** |
| | ) | |
| E. JEFFREY DONNER, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Edward F. St. John, by and through his counsel, hereby gives Notice of Dismissal of the above-captioned matter.

DATED:  May 2, 2014

        EDWARD F. ST. JOHN, Plaintiff

    By: s/ James R. Welsh
       James R. Welsh
       Christopher P. Welsh
       WELSH & WELSH, P.C., L.L.O.
       9290 West Dodge Road
       204 The Mark
       Omaha, Nebraska 68114
       (402) 384-8160
       (402) 384-8211 – Fax
       jwelsh@welsh-law.com